June 13, 2006

Ms. Cynthia T. Sheppard
Post Office Box 67
Cuero, TX 77954

Mr. Gary Linn Evans
Coats & Evans
P.O. Box 130246
The Woodlands, TX 77393-0246
Honorable Thomas R. Culver III
240th District Court
County Courthouse
Richmond, TX 77469-3110

RE: Case Number: 06-0414
 Court of Appeals Number: 14-06-00136-CV
 Trial Court Number: 04-CV-139972

Style: IN RE TEAM ROCKET, L.P. AND MLF AIRFRAMES, INC. AND MARK L.
 FREDERICK

Dear Counsel:

 The Supreme Court of Texas granted the Motion for Temporary Orders and
issued the enclosed stay order in the above-referenced case. The Court
requests that real party in interest file a response to the petition for
writ of mandamus. The response is due to be filed in this office no later
than 3:00 p.m., June 28, 2006. PLEASE NOTE Tex. R. App. P. 9.2(b), does
not apply. There is no filing fee associated with this requested response.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Glory |
| |Hopkins |
| |Mr. Ed Wells |